**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:

DEVONNE GOLDEN                                    Chapter 13

                Debtor                Bankruptcy No. 17-11892-AMC
                                      Date: 11/21/2017 10:00:00 AM
                                      Time:
                                      Courtroom: #Courtroom #5
                                      900 Market St,
                                      Philadelphia PA 19107

**CHAPTER 13 STANDING TRUSTEE'S MOTION FOR DISMISSAL**

    **AND NOW** comes, William C. Miller, Esquire, Chapter 13 standing trustee, and requests that the above-captioned bankruptcy case be dismissed for the following reason(s):

There has been unreasonable delay by debtor(s) that is prejudicial to creditors pursuant to 11 U.S.C. Section 1307(c)(1).

There has been unreasonable delay by debtor(s) that is prejudicial to creditors pursuant to 11 U.S.C. Section 1307(c)(1) by failing to propose an adequately funded plan, in that the total filed proofs of claim which are to be paid through the plan exceed the value of the plan.

    The hearing scheduled by the filing of this motion may be adjourned from time to time without further notice to interested parties by announcement of such adjournment in Court on the date scheduled for the hearing.

    **WHEREFORE**, William C. Miller, Esquire, Chapter 13 standing trustee, respectfully requests that Court, after a hearing, enter an Order in the form annexed hereto, dismissing this bankruptcy case.

                Respectfully submitted,

                /s/ William C. Miller

                _____
                William C. Miller, Esquire
                Chapter 13 Standing Trustee
                P.O. Box 1229
                Philadelphia, PA 19105
                Telephone: (215)627-1377